Plaintiff's Name **Tyler D. Johnson**
Prisoner No. **#1093884**
Institutional Address **E.R.D.C.C**
**2727 Highway K.**
**Bonne Terre, Mo. 63628**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Tyler Darnell Johnson**
*(Enter your full name)*

v.

**Mark Zuckenberg,**
**Sheryl Sandberg,**
**Cambridge Analytica,**
**Co-conspirators, subsidiaries**

*(Enter the full name(s) of all defendants in this action)*

Case No. _____
*(Provided by the clerk upon filing)*

**Class Action Litigation**
COMPLAINT

**Rule 23, F.R.CV.P.**

## I. Exhaustion of Administrative Remedies.

~~You must exhaust available administrative remedies before you can sue for your § 1983 claim, or the court will dismiss any unexhausted claims.~~

A. Place of present confinement **E.R.D.C.C : 2727 Hwy K. Bonne Terre, Mo. 63628**

B. Is there a grievance procedure in this institution?    ☐ YES    ☑ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
   ☐ YES    ☑ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: ____N/A____

   2. First formal level: ____N/A____

3. Second formal level: __N/A__

4. Third formal level: __N/A__

E. Is the last level to which you appealed the highest level of appeal available to you?
☐ YES  ☑ NO

F. If you did not present your claim for review through the grievance procedure, explain why. __N/A__

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
Tyler Darnell Johnson #1093884
2727 Highway K.
Bonne Terre, MO. 63628

B. For each defendant, provide full name, official position and place of employment.
① Mark Zuckenberg: Founder/CEO
② Sheryl Sandberg: CEO
③ Cambridge Analytica: Brittish Co-conspirators.
④* A Plethora of "Co-conspirators", "Subsidiaries"
⑤ "Affiliated Employees", "Agents", "Companies officers"

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

#① Mark Zuckenberg: Has wrongfully capitalized and malevolently profited by orchestrating approval of wrongfully sharing plaintiff's data or diabolically making accessible plaintiff's data without his permission to 3rd parties

Third party, party App developers, 3rd party whitelist parties, business partners, Advertisers, and data brokers. Defendant Mark Zuckenberg caused severe "Mental Damages" "Emotional irrepairable harm" "And Physiological duress/Psychoendoneuroimmunological dysregulation" by his infringements within his position at Facebook and or violations of plaintiff's privacy rights for his profit as founder

#② Sheryl Sandberg: She wrongfully profited off illegally shared Data to 3rd party Data Brokers, government contacts Bio-metric technological developers, whitelisted parties, etc. Sheryl Sandberg Abused her position at Facebook and Approved of illegal privacy breaches for her own profits and hence is directly responsible for the "Mental Damages" "Emotional Damages" and severe irrepairable harm Plaintiff Tyler Johnson suffer by such breaches

#③ Cambridge Analytica: Wrongfully obtained and illegally possesses Data of plaintiff Tyler Johnson and his friends and has malevolently shared that Data with parties who diabolically caused severe damages & irrepairable "Mental duress" or "Emotional irrepairable Harm" to plaintiff.

#④ Co-conspirators: caused Damages to plaintiff by wrongly exposing his Data

#⑤ Numerous subsidiaries caused irrepairable harm by privacy breaches & violation by wrongfully orchestrating cyberstalking and gangstalking with plaintiff's data

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

#① Mark Zuckenberg: He shall award plaintiff $4,000,000 Relief
#② Sheryl Sandberg: Shall pay $800,000 for relief to plaintiff
#③ Cambridge Analytica: shall be paid to Plaintiff As $6.3 Million Relief
#④ Co-conspirators: total of $12,000,000 to be paid by such Def
#⑤ Subsidiaries: $16,000,000 to be paid to class Representives
#⑥ $285-Million to be Awarded to class members paid equally by defendant

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _____    _____
                  Date              Signature of Plaintiff

# United States District Court
# Northern District of California

Tyler Johnson,
 Plaintiff,

v.

Mark Zuckenberg,
Cambridge Analytica,
CEO of Facebook, Inc,
All Co-conspirators,
All Unknock Subsidiaries,
 Defendants.

Case: #▓▓▓▓▓▓

## Petition for Class Action Complaint And/or in Alternative Class Certification Request

Comes now Plaintiff and hereby submits his Petition for Class Action Complaint and/or in Alternative Request for Class Certification and states the following below:

#① Plaintiff Tyler Darnell Johnson is currently a Resident of Missouri Residing at ER·D·C·C: 2727 Hwy K. Bonne Terre, Missouri. 63628.

#② Plaintiff Tyler D. Johnson suffered a vast array of "Psychological Damages" "Emotional Damages" "Physiological Damages" "Social and or socio-cultural irreparable harm" or "Mental irreparable harm" Resulting from malevolent proclivities and draconian infringement conveyed by "Mark Zuckenberg" "Cabridge Analytica" (sic) And multiple CEO's and co-conspirators and or a plethora of "currently undisclosed subsidiaries."

#③ Plaintiff Tyler D. Johnson notes that "Mark Zuckenberg" and a myriad of other Directors, CEO's, Officers, Agents of defendant, Affiliated companies, etc, shared and illegally disclosed Plaintiff Johnson and multiple other people's Data to third parties, App developers, Whitelisted parties, business partners, Advertisers, Data Brokers, Government Actors, officials and Cambridge Analytica, who all in turn caused the Plaintiff Tyler D. Johnson and a plethora of other plaintiffs including but not limited to Bridgett Burk, Steven Akins, Saveya Garwood, Annette Hawthorne, Jason Ariciu, Ainye Reid, Savion Garwood, Kimberly Harris, Terry Fischer, Tyler King, Jean Hammond, Antoinette Griffin, Jordan O'Hara, Cheryl Senko, Anthony Bell, and Chicory Griffin, Stanley Johnson, Imani Knox, etc, substantial irrepairable harm via exposing them all to cyberstalking, profiling, malevolent Bio-Metrics, gaslighting, Street theatre, gangstalking, etc.

#④ Plaintiff Johnson alleges that Mark Zuckenberg, Cambridge Analytica, and a plethora of others who are employed at Facebook, Inc (now "Meta") or Affiliated with Facebook, Inc made more than Billions off of illegally Accessed Data and "Mark Zuckenberg" along with numerous others directly caused such "irrepairable harm" to Plaintiff Tyler Darnell Johnson and various other plaintiffs and such Damages are ongoing...

#⑤ Mark Zuckenberg, Cambridge Analytica, and a plethora of directors, Officers, co-conspirators, Agents of Defendants and Meta Platforms, INC subsidiaries, affiliated companies, and employees of Meta Platforms, INC (who used to be Facebook, INC) has committed substantial wrongdoing and all have a substantial liability in wrongfully making accessible millions of users Data to third parties and has caused substantial harm to Plaintiff Tyler Johnson and others who are listed as Plaintiffs in the suit IN RE: Facebook, INC. Consumer Privacy User Profile Litigation, #3:18-md-02843-VC (N.D. Cal.) and such suit was against Facebook, INC who the Defendants were invested in or employed by.

#⑥ Plaintiff Tyler Darnell Johnson requests relief in the Amount of $4,800,000, Defendant Mark Zuckenberg is to pay Plaintiff Johnson in full Amount the whole $4,800,000 for his role and liability for Plaintiff irrepairable harm or "Psychological Damages" "Emotional Damages" and/or "Physiological Harm" induced by stress deriving from infringements conveyed by Defendant Mark Zuckenberg's malicious privacy violations.

#⑦ Plaintiff Tyler Johnson requests relief in the Amount of $2,000,000, two million against Cambridge Analytica for liability pertinent to a wrongful Access to Plaintiff's Data which has furthered the irrepairable harm suffered by Plaintiff at the Hands of officers and Agents of "Meta."

#8 Plaintiff Tyler Darnell Johnson asks the Court to award the class members relief in the amount of $1.3 Billion Dollars to be split in between "class members", and ruled against the Defendants Cambridge Analytica, Mark Zuckenberg, CEO's of Facebook, INC, (Meta Platform, INC) affiliated companies and subsidiaries or employees who have responsibility for liabilities deriving from damages caused by their actions and privacy violations pertinent to Defendants making accessible to third parties users data or user data through users' friends without permission of plaintiff Tyler Johnson and millions of other users.

#9 Plaintiff Tyler Darnell Johnson notes that the allegations in this litigation isn't the same as in "INRE: 3:18-md-02843-Vc (N.D. Cal.) because this factual predicate is regarding Mark Zuckenberg, Cambridge Analytica, and various employees, affiliates and subsidiaries, not the Defendants in the above caption class action litigation. And this litigation alleges ongoing violations by the hereof named Defendants and ongoing damages.

WHEREFORE, Plaintiff moves this Honorable Court for relief or any actions deems just.

x _Tyler Johnson_          7/24/2023

USDC
Northern District of California

State: Missouri
County: St. Francois
Exp. Date: 10-16-26
J. Hooker

**Tyler Johnson**

         Plaintiff,

v.

**Mark Zuckenberg, CFO of Facebook**
**Cambridge Analytica, unknown**
**Subsidiaries, etc.** Defendant,

Case No. _____

L. HOOKER
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Francois County
My Commission Expires: October 16, 2026
Commission Number: 22561730

## ORIGINAL FILING FORM

THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☑ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Date: 6/29/2023

x _____
Signature of Filing Party