UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER D. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, et al.,<br><br>    Defendants. | Case No. 23-cv-03910-AMO (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order of Dismissal,

**IT IS ORDERED AND ADJUDGED**

that the plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated:   October 28, 2024

*[signature]*

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**